Decided January 16, 2008

ROBERT V. CIMMINO *v.* HOUSEHOLD REALTY
CORPORATION ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 104 Conn. App. 392 (AC
27768), is denied.

*Robert V. Cimmino*, pro se, in support of the petition.

*Jonathan S. Bowman* and *Jason A. Buchsbaum*, in opposition.

Decided January 16, 2008